# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Anello, Michael M | California, Southern District | 5/2/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Nominee | [X] Nomination, Date 4/30/2008<br>[ ] Initial  [ ] Annual  [ ] Final<br><br>5b. [ ] Amended Report | 1/1/2007<br>to<br>4/15/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| San Diego Superior Court<br>330 West Broadway<br>San Diego, CA 92101 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | San Diego Superior Court, salary | $ 59,596 |
| 2. 2007 | San Diego Superior Court, salary | $ 175,218 |
| 3. 2006 | San Diego Supreior Court, salary | $ 154,320 |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | EXEMPT |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

**V. GIFTS.** *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | EXEMPT | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

**VI. LIABILITIES.** *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. USSA Savings Bank | Credit Card | J |
| 2. American Express | Credit Card | J |
| 3. Citibank | Credit Card | J |
| 4. Chase Home Finance | Rental Property Mortgage | N |
| 5. Union Bank of California | Overdraft Credit Line | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Anello, Michael M | 5/2/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property | E | Rent | O | W | Exempt | | | | |
| 2. AT&T Common Stock | A | Dividend | J | T | | | | | |
| 3. Chevron Common Stock | A | Dividend | K | T | | | | | |
| 4. General Electric Common Stock | A | Dividend | K | T | | | | | |
| 5. IDEARC Common Stock | A | Dividend | J | T | | | | | |
| 6. PPG Industries Common Stock | B | Dividend | K | T | | | | | |
| 7. Verizon Common Stock | A | Dividend | J | T | | | | | |
| 8. Alcatel Lucent Common Stock | A | Dividend | J | T | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 5 of 6

Name of Person Reporting

Anello, Michael M

Date of Report

5/2/2008

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

FINANCIAL DISCLOSURE REPORT

Page 6 of 6

Name of Person Reporting

Anello, Michael M

Date of Report

5/2/2008

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date _____ May 1, 2008

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 5 | 000 | Notes payable to banks-secured | | 95 | 000 |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | 5 | 000 |
| Listed securities-add schedule | | | | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | 143 | 373 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 21 | 000 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 628 | 100 |
| Real estate owned-add schedule | 2 | 200 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 100 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 749 | 100 |
| | | | | Net Worth | 1 | 699 | 273 |
| Total Assets | 2 | 448 | 373 | Total liabilities and net worth | 2 | 448 | 373 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |

# AFFIDAVIT

I, Michael M. Anello, do swear that the information provided in this statement is, to the best of my knowledge, true and accurate.

5-12-08
**(DATE)**

_(signature)_
**(NAME)**

## CALIFORNIA JURAT WITH AFFIANT STATEMENT

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_(signature)_
Signature of Document Signer No. 1

_____
Signature of Document Signer No. 2 (if any)

State of California
County of San Diego

BABAK NAVABI
Commission # 1615802
Notary Public - California
San Diego County
My Comm. Expires Oct 23, 2009

Subscribed and sworn to (or affirmed) before me on this

12Th day of May, 2008, by

(1) Michael Anello,
Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)

(and

(2)_____,
Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

Signature _____
Signature of Notary Public